IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lawrence Terry, | ) | C/A No. 3:15-3670-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Richland School District Two, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Lawrence Terry, a self-represented litigant, filed this civil action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e, et seq. This matter is before the court on the plaintiff's motion for the issuance of a subpoena. (ECF No. 28.) The defendant did not file a response to the motion.

The plaintiff previously filed a motion that was denied without prejudice to refile to provide the court with additional information required for the issuance of a subpoena *duces tecum*. The plaintiff timely refiled his motion in compliance with the court's order. The plaintiff's motion requests his investigative file from the South Carolina Human Affairs Commission, which is not a party to this action. The plaintiff contends that he was informed by an employee at the Commission that the Commission would provide the documents to him upon being served with a subpoena.

In his current motion, the plaintiff has clearly identified the documents he seeks and from whom he seeks those documents and has provided a reasonable explanation as to how the requested documents are relevant to his case. Additionally, in compliance with the court's order, he has shown that the requested documents are obtainable only through the identified third party, he has provided the court with a completed USM-285 form so that service can be effected by the United States

Marshals Service, and he states that he has the funds necessary to pay for the costs associated with the production of the requested documents.

Accordingly, it is hereby

**ORDERED** that the Clerk of Court issue the subpoena addressed to the South Carolina Human Affairs Commission and forward copies of this order and the subpoena to the United States Marshal for service of process.  The United States Marshal shall serve the subpoena on the named entity pursuant to 28 U.S.C. § 1915(d).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 23, 2016
Columbia, South Carolina